Michele R. Stafford, Esq. (SBN 172509)
Blake E. Williams, Esq. (SBN 233158)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
Tel: (415) 882-7900
Facsimile: (415) 882-9287
mstafford@sjlawcorp.com
bwilliams@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| F. G. CROSTHWAITE, et al., as Trustees of the OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ROSS ISLAND SAND & GRAVEL CO., a California corporation, *aka* ROSS ISLAND, INC.,<br><br>Defendant. | Case No.: C12-1464 CRB<br><br>**REQUEST TO VACATE, OR IN THE ALTERNATIVE, CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Date: Friday, July 13, 2012<br>Time: 8:30 a.m.<br>Location: Courtroom 6, 17th Floor<br>450 Golden Gate Avenue<br>San Francisco, California<br>Judge: The Honorable Charles R. Breyer |

Plaintiffs herein respectfully request that the Case Management Conference currently on calendar for Friday, July 13, 2012 at 8:30 a.m. be vacated, or in the alternative, be continued for 45 – 60 days and held concurrently with the Motion for Default Judgment's hearing date that Plaintiffs anticipate filing as set for below:

1. As the Court's records will reflect, this action was filed on March 23, 2012 to compel Defendant's compliance with the terms of their Collective Bargaining Agreement. Service on Defendant was completed on March 30, 2012. A Proof of Service of Summons was filed with the Court on April 12, 2012. [*Docket No. 9.*]

2. On May 16, 2012, default was entered against Defendant in this matter. [*Docket No. 12.*]

1      3.     Plaintiffs have prepared a Motion for Default Judgment. However, the collections manager is out of town until July 16, 2012, and therefore cannot sign his declaration in support of the Motion. Once we receive his signed declaration, Plaintiffs will file the Motion. Accordingly, Plaintiffs respectfully request that the Case Management Conference, currently scheduled for July 13, 2012, be vacated, or in the alternative, be continued for 45 – 60 days and held concurrently with the Motion for Default Judgment's hearing date.

     4.     There are no issues that need to be addressed at the currently scheduled conference.

I declare under penalty of perjury that the foregoing is true and correct of my own personal knowledge and if called upon to testify, I could competently testify thereto.

Executed this 6th day of July, 2012, at San Francisco, California.

                                  SALTZMAN & JOHNSON
                                  LAW CORPORATION

                                  _____/s/_____
                                  Blake E. Williams
                                  Attorneys for Plaintiffs

**IT IS SO ORDERED:**

The Case Management Conference in this matter shall be vacated;

                        or in the alternative,

The Case Management Conference shall be continued to __8:30 a.m. on     September 13__, 2012 at 8:30 a.m., and all other previously set dates shall be vacated, and reset at that time as necessary.

Dated: __July 9, 2012_____       _____
                                 UNITED STATES DISTRICT COURT JUDGE

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]

-2-
**REQUEST TO VACATE CASE MANAGEMENT CONFERENCE**
**Case No.: C12-1464 CRB**

# PROOF OF SERVICE

I, the undersigned, declare:

I am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

On **July 6, 2012**, I served the following document(s) on the parties to this action in the manner described below:

**REQUEST TO VACATE, OR IN THE ALTERNATIVE, CONTINUE CASE MANAGEMENT CONFERENCE**

XX    **MAIL,** being familiar with the practice of this office for the collection and the processing of correspondence for mailing with the United States Postal Service, and deposited in the United States Mail copies of the same to the business addresses as specified below, in a sealed envelope fully prepared.

*To:*

| | |
|---|---|
| **Ross Island Sand & Gravel Co.** *aka* **Ross Island, Inc.** c/o National Registered Agents, Inc. 2875 Michelle Drive, Suite 100 Irvine, California 92606 | **Ross Island Sand & Gravel Co.** *aka* **Ross Island, Inc.** P.O. Box 82249 Portland, Oregon 97282 |

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 6th day of July, 2012, at San Francisco, California.

/s/
Qui X. Lu