Michele R. Stafford, Esq. (SBN 172509)
Blake E. Williams, Esq. (SBN 233158)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
Tel: (415) 882-7900
Facsimile: (415) 882-9287
mstafford@sjlawcorp.com
bwilliams@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| F. G. CROSTHWAITE, et al., as Trustees of the OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ROSS ISLAND SAND & GRAVEL CO., a California corporation, *aka* ROSS ISLAND, INC.,<br><br>Defendant. | Case No: C12-1464 CRB<br><br>**REQUEST FOR ENTRY OF DEFAULT JUDGMENT WITHOUT HEARING, OR IN THE ALTERNATIVE, CONTINUE HEARING DATE; DECLARATION OF BLAKE E. WILLIAMS IN SUPPORT THEREOF**<br><br>Date:     Friday, August 24, 2012<br>Time:    10:00 a.m.<br>Ctrm:    6, 17th Floor<br>            450 Golden Gate Avenue<br>            San Francisco, California 94102<br><br>Judge: The Honorable Charles R. Breyer |

I, Blake E. Williams, declare:

1. I am an attorney at law licensed to practice in the State of California, and am an associate of Saltzman and Johnson Law Corporation, attorneys for Plaintiffs herein.

2. I submit this Declaration in support of Plaintiffs' pending Motion for Default Judgment relative to Ross Island Sand & Gravel Co., also doing business as Ross Island, Inc., filed on July 17, 2012. I am requesting that the Motion for Default Judgment be ruled on the papers without the necessity of a hearing and that the hearing date, presently set for August 24, 2012 at 10:00 a.m. before the Honorable Charles R. Breyer, be vacated.

-1-
**REQUEST FOR ENTRY OF JUDGMENT WITHOUT HEARING**
**Case No.: C12-1464 CRB**

P:\CLIENTS\OE3CL\Ross Island Sand & Gravel Company\Pleadings\Motion for Default Judgment\C12-1464 CRB - Request for Entry of Judgment without Hearing 080912.docx

      3.     Or in the alternative, I respectfully request that the Court continue the hearing on Plaintiffs' Motion for Default Judgment for one week, to August 31, 2012, or the next available law and motion date, due to a scheduling conflict that has arisen on the part of Plaintiffs' counsel.

      4.     The Notice of Motion and Motion for Default Judgment were served upon Defendants on July 17, 2012, and thus Plaintiffs have exercised due diligence. Defendant's time for filing any Opposition to the Motion for Default Judgment has passed, and Defendant has not made an appearance in this matter.

      5.     In the interest of conserving costs as well as the Court's time and resources, Plaintiffs respectfully request that the Motion for Default Judgment be ruled on the papers without the necessity of a hearing, particularly in light of the fact that collection is uncertain. As attorneys' fees and costs are "out of pocket," Plaintiffs are attempting to keep fees (and thus the Trust Funds' loss) at a minimum.

      6.     Ross Island Sand & Gravel Co., also known as Ross Island, Inc., as a corporate defendant, is not an infant, incompetent person, or in the military service of the United States or otherwise exempted under the Servicemembers Civil Relief Act of 2003.

      I declare under penalty of perjury that the foregoing is true of my own knowledge and if called upon I could competently testify thereto.

      Executed this 9th day of August, 2012, at San Francisco, California.

                                SALTZMAN & JOHNSON
                                LAW CORPORATION

                By:           /s/
                        Blake E. Williams
                        Attorneys for Plaintiffs

IT IS SO ORDERED.

~~BASED ON THE FOREGOING and GOOD CAUSE APPEARING, the hearing on Plaintiffs' pending Motion for Default Judgment, presently set for August 24, 2012 at 10:00 a.m., before the Honorable Charles R. Breyer, is hereby vacated.~~

or

BASED ON THE FOREGOING and GOOD CAUSE APPEARING, the hearing on Plaintiffs' pending Motion for Default Judgment, presently set for August 24, 2012 at 10:00 a.m., before the Honorable Charles R. Breyer, is continued to  August 31, 2012  at 10:00 a.m.

Dated:  August 10, 2012

_____
HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT COURT JUDGE

IT IS SO ORDERED

*Judge Charles R. Breyer*

|   |   |
|---|---|
| 1 | <div align="center">PROOF OF SERVICE</div> |

I, the undersigned, declare:

    I am employed in the County of San Francisco, State of California.  I am over the age of eighteen and not a party to this action.  My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

    On **August 9, 2012**, I served the following document(s) on the parties to this action in the manner described below:

**REQUEST FOR ENTRY OF DEFAULT JUDGMENT WITHOUT HEARING, OR IN THE ALTERNATIVE, CONTINUE HEARING DATE; DECLARATION OF BLAKE E. WILLIAMS IN SUPPORT THEREOF**

<u>XX</u>   **MAIL,** being familiar with the practice of this office for the collection and the processing of correspondence for mailing with the United States Postal Service, and deposited in the United States Mail copies of the same to the business addresses as specified below, in a sealed envelope fully prepared.

*To:*

| | |
|---|---|
| **Ross Island Sand & Gravel Co.** *aka* **Ross Island, Inc.** c/o **National Registered Agents, Inc.** **2875 Michelle Drive, Suite 100 Irvine, California 92606** | **Ross Island Sand & Gravel Co.** *aka* **Ross Island, Inc.** **P.O. Box 82249 Portland, Oregon 97282** |

    I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 9th day of August, 2012, at San Francisco, California.

                                                          /s/
                                                 Qui X. Lu