Michele R. Stafford, Esq. (SBN 172509)
Blake E. Williams, Esq. (SBN 233158)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
Tel: (415) 882-7900
Facsimile: (415) 882-9287
mstafford@sjlawcorp.com
bwilliams@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| F. G. CROSTHWAITE, et al., as Trustees of the OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND, et al.<br><br>Plaintiffs,<br><br>v.<br><br>ROSS ISLAND SAND & GRAVEL CO., a California corporation, *aka* ROSS ISLAND, INC.,<br><br>Defendant. | Case No.: C12-1464 CRB<br><br>**REQUEST TO VACATE, OR IN THE ALTERNATIVE, CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Date:  Friday, September 14, 2012<br>Time:  8:30 a.m.<br>Location:  Courtroom 6, 17th Floor<br>  450 Golden Gate Avenue<br>  San Francisco, California<br>Judge:  The Honorable Charles R. Breyer |

Plaintiffs herein respectfully request that the Case Management Conference currently on calendar for Friday, September 14, 2012 at 8:30 a.m. be vacated, or in the alternative, be continued for 90 (ninety) days as follows:

1.　As the Court's records will reflect, this action was filed on March 23, 2012 to compel Defendant's compliance with the terms of their Collective Bargaining Agreement. Service on Defendant was completed on March 30, 2012. A Proof of Service of Summons was filed with the Court on April 12, 2012. [*Docket No. 9.*]

2.　On May 16, 2012, default was entered against Defendant in this matter. [*Docket No. 12.*]

N:\pdf docs\1464 ross.docx

3. On July 17, 2012, Plaintiffs filed a Motion for Default Judgment. [*Docket Nos. 17-22*]

4. On August 24, 2012, this Court issued an Order Denying Motion for Default Judgment. [*Docket No. 27*]. Plaintiffs have reviewed the Order and are in the process of amending the Complaint to address the pleading insufficiency referenced in the Order.

5. Plaintiffs intend to file the Amended Complaint by the end of this month. Following the filing of the Amended Complaint and after allowing time for Defendant to answer, Plaintiffs will file a Motion for Default Judgment.

6. There are no issues that need to be addressed at the currently scheduled conference.

7. Accordingly, Plaintiffs respectfully request that the Case Management Conference, currently scheduled for September 14, 2012, be vacated, or in the alternative, be continued for 90 (ninety) days to allow Plaintiffs sufficient time to file an Amended Complaint, Defendant time to answer, and the disposition of the Motion for Default Judgment.

I declare under penalty of perjury that the foregoing is true and correct of my own personal knowledge and if called upon to testify, I could competently testify thereto.

Executed this 7th day of September, 2012, at San Francisco, California.

                SALTZMAN & JOHNSON
                LAW CORPORATION

                _____/s/_____
                Blake E. Williams
                Attorneys for Plaintiffs

**IT IS SO ORDERED:**

The Case Management Conference in this matter shall be vacated;

                or in the alternative,

The Case Management Conference shall be continued to December 14, 2012, at 8:30 a.m., and all other previously set dates shall be vacated, and reset at that time as necessary.

Dated: September 11, 2012         _____
                                  UNITED STATES DISTRICT JUDGE

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]*