1  Michele R. Stafford, Esq. (SBN 172509)
   Muriel B. Kaplan, Esq. (SBN 124607)
2  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery Street, Suite 2110
3  San Francisco, CA 94104
   Tel: (415) 882-7900
4  Facsimile: (415) 882-9287
   mstafford@sjlawcorp.com
5  mkaplan@sjlawcorp.com

6  Attorneys for Plaintiffs

7

8                      UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10  F. G. CROSTHWAITE, et al., as Trustees of the     Case No.: C12-1464 JSW
    OPERATING ENGINEERS' HEALTH AND
11  WELFARE TRUST FUND, et al.                         **REQUEST TO CONTINUE CASE
                                                        MANAGEMENT CONFERENCE**
12               Plaintiffs,
                                                        Date:       Friday, March 1, 2013
13          v.                                          Time:       1:30 p.m.
                                                        Location:   Courtroom 11, 19th Floor
14  ROSS ISLAND SAND & GRAVEL CO., a                               450 Golden Gate Avenue
    California corporation, *aka* ROSS ISLAND,                     San Francisco, California
15  INC.,                                              Judge:  The Honorable Jeffrey S. White

16               Defendant.

17

18          Plaintiffs herein respectfully request that the Case Management Conference currently on

19  calendar for Friday, March 1, 2013 at 1:30 p.m. be continued for sixty (60) days as follows:

20          1.      As the Court's records will reflect, this action was filed on March 23, 2012 to

21  compel Defendant's compliance with the terms of their Collective Bargaining Agreement.  Service

22  on Defendant was completed on March 30, 2012.  A Proof of Service of Summons was filed with

23  the Court on April 12, 2012. [*Docket No. 9.*]

24          2.      On May 16, 2012, default was entered against Defendant in this matter. [*Docket

25  No. 12.*]

26          3.      On July 17, 2012, Plaintiffs filed a Motion for Default Judgment. [*Docket Nos. 17-

27  22*]

28

                                                                              -1-
                    **REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**
                                                        **Case No.: C12-1464 JSW**

4.      On August 24, 2012, this Court issued an Order Denying Motion for Default Judgment. [*Docket No. 27*].  Plaintiffs have reviewed the Order and have amended the Complaint to address the pleading insufficiency referenced in the Order.

5.      Plaintiffs filed and served the Amended Complaint on December 7, 2012. [*Docket No. 32*].  A Request for Entry of Default on the Amended Complaint has been prepared and will be filed concurrently with this Request.

6.      Plaintiffs are in the process of preparing a Motion for Default Judgment on the Amended Complaint, which Plaintiffs anticipate filing with the Court within the next several weeks.

7.      There are no issues that need to be addressed at the currently scheduled conference.

8.      Accordingly, Plaintiffs respectfully request that the Case Management Conference, currently scheduled for March 1, 2013, be continued for sixty (60) days to allow Plaintiffs sufficient time for the disposition of the Motion for Default Judgment.

9.      Plaintiffs recognize that a case management conference statement is due seven days in advance of the case management conference date and that the statement must include all elements requested in the "Standing Order for All Judges of the Northern District of California – Contents of Joint Case Management Statement" pursuant to Local Rule 16-9.  Should this Court require Plaintiffs to file a Case Management Conference Statement, Plaintiffs will do so promptly.

I declare under penalty of perjury that the foregoing is true and correct of my own personal knowledge and if called upon to testify, I could competently testify thereto.

Executed this 19th day of February, 2013, at San Francisco, California.

> SALTZMAN & JOHNSON
> LAW CORPORATION
>
> _____/s/_____
> Michele R. Stafford
> Attorneys for Plaintiffs

-2-
**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**
**Case No.: C12-1464 JSW**

P:\CLIENTS\OE3CL\Ross Island Sand & Gravel Company\Pleadings\C12-1464 JSW - Request to Continue CMC 021913.docx

1   **IT IS SO ORDERED:**

2   The Case Management Conference shall be continued to _____May 3_____, 2013

3   at 1:30 p.m. and all other previously set dates shall be vacated, and reset at that time as necessary.

4

5   Dated: _____February 20, 2013_____        _____

6                                                UNITED STATES DISTRICT COURT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-
**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**
**Case No.: C12-1464 JSW**

P:\CLIENTS\OE3CL\Ross Island Sand & Gravel Company\Pleadings\C12-1464 JSW - Request to Continue CMC 021913.docx

1           PROOF OF SERVICE

2   I, the undersigned, declare:

3           I am employed in the County of San Francisco, State of California.  I am over the age of

4   eighteen and not a party to this action.  My business address is 44 Montgomery Street, Suite 2110,

5   San Francisco, California 94104.

6           On **February 19, 2013**, I served the following document(s) on the parties to this action in

7   the manner described below:

8           **REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**

9   XX    **MAIL,** being familiar with the practice of this office for the collection and the processing
        of correspondence for mailing with the United States Postal Service, and deposited in the
10      United States Mail copies of the same to the business addresses as specified below, in a
        sealed envelope fully prepared.

11  *To:*

12
        **Ross Island Sand & Gravel Co.**          **Ross Island Sand & Gravel Co.**
13      *aka* **Ross Island, Inc.**                *aka* **Ross Island, Inc.**
        **c/o National Registered Agents, Inc.**   **P.O. Box 82249**
14      **2875 Michelle Drive, Suite 100**          **Portland, Oregon 97282**
        **Irvine, California 92606**

15
        I declare under penalty of perjury that the foregoing is true and correct and that this
16
    declaration was executed on this 19th day of February, 2013, at San Francisco, California.
17

18
                                        /s/
19                                    Qui X. Lu

20

21

22

23

24

25

26

27

28

                                                                                -1-
                                                                    **PROOF OF SERVICE**
                                                                    **Case No.: C12-1464 JSW**

P:\CLIENTS\OE3CL\Ross Island Sand & Gravel Company\Pleadings\C12-1464 JSW - Request to Continue CMC 021913.docx