Michele R. Stafford, Esq. (SBN 172509)
Muriel B. Kaplan, Esq. (SBN 124607)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
Tel: (415) 882-7900
Facsimile: (415) 882-9287
mstafford@sjlawcorp.com
mkaplan@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| F. G. CROSTHWAITE, et al., as Trustees of the OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND, et al.<br><br>Plaintiffs,<br><br>v.<br><br>ROSS ISLAND SAND & GRAVEL CO., a California corporation, *aka* ROSS ISLAND, INC.,<br><br>Defendant. | Case No.: C12-1464 JSW<br><br>**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Date: Friday, March 1, 2013<br>Time: 1:30 p.m.<br>Location: Courtroom 11, 19th Floor<br>450 Golden Gate Avenue<br>San Francisco, California<br>Judge: The Honorable Jeffrey S. White |

Plaintiffs herein respectfully request that the Case Management Conference currently on calendar for Friday, March 1, 2013 at 1:30 p.m. be continued for sixty (60) days as follows:

1. As the Court's records will reflect, this action was filed on March 23, 2012 to compel Defendant's compliance with the terms of their Collective Bargaining Agreement. Service on Defendant was completed on March 30, 2012. A Proof of Service of Summons was filed with the Court on April 12, 2012. [*Docket No. 9.*]

2. On May 16, 2012, default was entered against Defendant in this matter. [*Docket No. 12.*]

3. On July 17, 2012, Plaintiffs filed a Motion for Default Judgment. [*Docket Nos. 17-22*]

-1-
REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE
Case No.: C12-1464 JSW

P:\CLIENTS\OE3CL\Ross Island Sand & Gravel Company\Pleadings\C12-1464 JSW - Request to Continue CMC 021913.docx

4. On August 24, 2012, this Court issued an Order Denying Motion for Default Judgment. [*Docket No. 27*]. Plaintiffs have reviewed the Order and have amended the Complaint to address the pleading insufficiency referenced in the Order.

5. Plaintiffs filed and served the Amended Complaint on December 7, 2012. [*Docket No. 32*]. A Request for Entry of Default on the Amended Complaint has been prepared and will be filed concurrently with this Request.

6. Plaintiffs are in the process of preparing a Motion for Default Judgment on the Amended Complaint, which Plaintiffs anticipate filing with the Court within the next several weeks.

7. There are no issues that need to be addressed at the currently scheduled conference.

8. Accordingly, Plaintiffs respectfully request that the Case Management Conference, currently scheduled for March 1, 2013, be continued for sixty (60) days to allow Plaintiffs sufficient time for the disposition of the Motion for Default Judgment.

9. Plaintiffs recognize that a case management conference statement is due seven days in advance of the case management conference date and that the statement must include all elements requested in the "Standing Order for All Judges of the Northern District of California – Contents of Joint Case Management Statement" pursuant to Local Rule 16-9. Should this Court require Plaintiffs to file a Case Management Conference Statement, Plaintiffs will do so promptly.

I declare under penalty of perjury that the foregoing is true and correct of my own personal knowledge and if called upon to testify, I could competently testify thereto.

Executed this 19th day of February, 2013, at San Francisco, California.

                        SALTZMAN & JOHNSON
                        LAW CORPORATION

                        _____/s/_____
                        Michele R. Stafford
                        Attorneys for Plaintiffs

-3-

1 **IT IS SO ORDERED:**

2 The Case Management Conference shall be continued to _____May 3_____, 2013

3 at 1:30 p.m. and all other previously set dates shall be vacated, and reset at that time as necessary.

4

5 Dated: __February 20, 2013__     _____/s/ Jeffrey S. White_____
                                    UNITED STATES DISTRICT COURT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE

I, the undersigned, declare:

I am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

On **February 19, 2013**, I served the following document(s) on the parties to this action in the manner described below:

**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**

XX  **MAIL,** being familiar with the practice of this office for the collection and the processing of correspondence for mailing with the United States Postal Service, and deposited in the United States Mail copies of the same to the business addresses as specified below, in a sealed envelope fully prepared.

*To:*

| | |
|---|---|
| **Ross Island Sand & Gravel Co.** *aka* **Ross Island, Inc.** c/o National Registered Agents, Inc. 2875 Michelle Drive, Suite 100 Irvine, California 92606 | **Ross Island Sand & Gravel Co.** *aka* **Ross Island, Inc.** P.O. Box 82249 Portland, Oregon 97282 |

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 19th day of February, 2013, at San Francisco, California.

/s/
Qui X. Lu

-1-
**PROOF OF SERVICE**
**Case No.: C12-1464 JSW**